Matter of McKissen v DeLeon (2023 NY Slip Op 01433)

Matter of McKissen v DeLeon

2023 NY Slip Op 01433

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

942 CAF 21-01468

[*1]IN THE MATTER OF CARLOS COLON MCKISSEN, PETITIONER-RESPONDENT,
v
LOURDES M. DELEON, RESPONDENT-APPELLANT. (APPEAL NO. 1.) 

BRUCE C. ENTELISANO, UTICA, FOR RESPONDENT-APPELLANT.
D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR PETITIONER-RESPONDENT.
JUSTIN F. BROTHERTON, WATERTOWN, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Jefferson County (Eugene R. Renzi, A.J.), entered September 20, 2021. The order registered an out-of-state custody and visitation determination. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of McKissen v DeLeon ([appeal No. 2] — AD3d — [Mar. 17, 2023] [4th Dept 2023]).
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court